UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:08CV1246 CDP |
| MICHAEL J. HUFFMAN, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated on the record during the hearing held on May 7, 2009,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [#15] as to defendants Michael J. Huffman, Sherry J. Huffman, and Huffman, Inc., LLC, is GRANTED.

**IT IS FURTHER ORDERED** that plaintiff's motion for ruling for assessment of damages [#25] is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2009.