UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:08CV1246 CDP<br>) |
| MICHAEL J. HUFFMAN, et al., | )<br>) |
| Defendants. | ) |

## DEFAULT JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that plaintiff St. Paul Fire and Marine Insurance Company shall have default judgment against defendants **Michael J. Huffman**, **Sherry J. Huffman**, and **Huffman, Inc., LLC**, in the total amount of $2,849,070.08.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2009.