UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:08CV1246 CDP |
| MICHAEL J. HUFFMAN, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the <u>May 3, 2010</u> Jury Trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2009.